United States District Court
Southern District of Texas
FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

AUG 1 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **GEORGE S. HOLLINGSWORTH** | § | |
| | § | **CIVIL ACTION NO. B - 03 - 1 41** |
| **VS.** | § | |
| | § | **JURY DEMANDED** |
| | § | |
| **ALLSTATE INSURANCE COMPANY** | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW ALLSTATE INSURANCE COMPANY, and pursuant to Rule 15, Federal Rules of Civil Procedure, and 28 U.S.C. Sections 1441 and 1332, files this its Notice of Removal and in connection therewith would respectfully show the Court the following:

### I.

Petitioner is the Defendant in a civil action now pending in the County Court at Law Number Two in Cameron County, Texas, Cause Number 2003-CCL-0728-B, styled *George S. Hollingsworth v. Allstate Insurance Company,* wherein Plaintiff seeks monetary and other relief for personal injuries and constitutional injuries sustained by Plaintiff.

### II.

The district courts of the United States have original jurisdiction over this action based on diversity of citizenship among the parties, in that the Defendant is diverse in citizenship from the Plaintiff. No defendant is a citizen of the State of Texas.

rom\motions\20909.removal

NOTICE OF REMOVAL - Page 1

## III.

The Plaintiff, GEORGE S. HOLLINGSWORTH, is domiciled in Cameron County, in the State of Texas, and was domiciled there at the time this action was commenced. Plaintiff was at that time and is now a citizen of the State of Texas. Allstate Insurance Company, the Defendant, is a corporation incorporated under the laws of the State of Illinois, having its principal place of business now and at the time this action was commenced at Northbrook, Cook County, in the State of Illinois. Defendant is now, and was at the time this action was commenced, a citizen of the State of Illinois and of no other state.

## IV.

The amount in controversy in this action exceeds, exclusive of interests and costs, the sum of Seventy-Five Thousand Dollars ($75,000.00). Should Plaintiff prevail on the claims against Defendant stated in the Plaintiff's Original Petition, attached to this Notice, Plaintiff would be entitled to damages in excess of Seventy-Five Thousand Dollars ($75,000.00)

## V.

Removal of this action is proper under 28 U.S.C. §1441, since it is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C. §1332 because the plaintiff and defendant are diverse in citizenship and the amount in controversy exceeds $75,000.00.

## VI.

This notice of removal is being filed within thirty (30) days after receipt by Petitioner of Plaintiff's Original Petition, which was the first notice to Defendant of this lawsuit. This

removal is filed under 28 U.S.C. Section 1446(b).

## VII.

Petitioner's time to answer or remove with respect to the Plaintiff's Original Petition has not expired. Plaintiff's Original Petition was served on the Defendant on July 21, 2003.

## VIII.

This action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. Section 1331 and this action may be removed to this Court by Petitioner, pursuant to the provisions of 28 U.S.C. Section 1441. Copies of all pleadings including the docket sheet on file with the State Court are attached hereto.

WHEREFORE, ALLSTATE INSURANCE COMPANY, Defendant in this action, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. §1446, removes this action for trial from the County Court at Law Number Two in Cameron, County, Texas to this Court, on this 12th day of August, 2003.

Respectfully submitted,

ROERIG, OLIVEIRA, & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 (Fax)

BY: _____
JEFFREY D. ROERIG
Federal ID #1503
State Bar #17161700

Rosemary Conrad-Sandoval
ROERIG, OLIVEIRA & FISHER, L.L.P.
506 East Dove
McAllen, Texas   78504
(956) 631-8049
(956) 631-8141 (Fax)

ATTORNEYS FOR DEFENDANT

## VERIFICATION

THE STATE OF TEXAS     :
                                 :

COUNTY OF CAMERON    :

       I, JEFFREY D. ROERIG, being first duly sworn, deposes and says that: I am counsel for Petitioner, ALLSTATE INSURANCE COMPANY;  I am familiar with the contents of the above; and to the best of my knowledge the contents thereof are true and correct.

                                        _____
                                        JEFFREY D. ROERIG

       SUBSCRIBED AND SWORN TO BEFORE ME by the said JEFFREY D. ROERIG, this 11th day of August, 2003, to certify which witness my hand and seal of office.

                                        _____
                                        Notary Public, State of Texas

RUTH MONK
Notary Public, State of Texas
My Commission Expires 12-07-2005

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Removal has been mailed, Certified Mail No. 7160 3901 9844 1943 8153, Return Receipt Requested, to the Attorney for Plaintiff, as follows:

Mr. Barry R. Benton
LAW OFFICE OF BARRY R. BENTON
284 Ebony Avenue
Brownsville, TX   78520

on this 12th day of August, 2003.

JEFFREY D. ROERIG

rom\motions\23751.removal

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **GEORGE S. HOLLINGSWORTH** | §<br>§<br>§ | **B-03-141** |
| | | CIVIL ACTION NO. _____ |
| **VS.** | §<br>§<br>§ | **JURY DEMANDED** |
| **ALLSTATE INSURANCE COMPANY** | § | |

**LIST OF COUNSEL OF RECORD**

**ATTORNEY FOR PLAINTIFF**:
Mr. Barry R. Benton
LAW OFFICE OF BARRY R. BENTON
284 Ebony Avenue
Brownsville, TX   78520
State Bar No. 02176500
(956) 546-9900
(956) 546-9997 (Fax)

**ATTORNEYS FOR DEFENDANT**:
Mr. Jeffrey D. Roerig
Fed. I.D. No. 1503
State Bar No. 17161700
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas   78520
(956) 542-5666
(956) 542-0016 (Fax)

Ms. Rosemary Conrad-Sandoval
Fed. I.D. No. 13738
State Bar No. 04709300
ROERIG, OLIVEIRA & FISHER, L.L.P.
506 East Dove
McAllen, TX   78504
(956) 631-8049
(956) 631-8141 (Fax)

LIST OF COUNSEL - Solo Page

rom\motions\223673 .counsel

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **GEORGE S. HOLLINGSWORTH** | § | |
| | § | **CIVIL ACTION NO. B-03-141** |
| | § | ____ |
| **VS.** | § | |
| | § | **JURY DEMANDED** |
| | § | |
| **ALLSTATE INSURANCE COMPANY** | § | |

**INDEX OF MATTERS FILED**

I.    State Court Documents

      A.    Plaintiff's Original Petition

      B.    Citation to Allstate Insurance Company

      C.    Defendant's Original Answer

      D.    Plaintiff's Motion for Trial Setting

      E.    Civil Docket Sheet

      F.    Notice of Filing Notice of Removal


II.    Federal Court Documents

      A.    Civil Cover Sheet

      B.    Notice of Removal

      C.    List of Counsel of Record

      D.    Order for Conference and Disclosure of Interested Parties

      E.    Index of Matters Filed


rom\motions\23751.index

**INDEX OF MATTERS FILED** - Solo Page

CAUSE NO. 2003-CCL-728-B



FILED FOR RECORD

GEORGE S. HOLLINGSWORTH * IN THE COUNTY COURT AT ___ O'CLOCK ___ M

VS. * AT LAW NO. 2 JUL 1 5 2003

ALLSTATE INSURANCE COMPANY * CAMERON COUNTY, TEXAS G. RIVERA CAMERON COUNTY CLERK By _____ Deputy

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOWS, GEORGE S. HOLLINGSWORTH, Plaintiff, complaining of ALLSTATE INSURANCE COMPANY, and for cause of action would respectfully show as follows:

1.

Plaintiff is a resident of Cameron County, Texas.

2.

Defendant, ALLSTATE INSURANCE COMPANY  is a corporation organized under the laws of the State of Illinois and is doing business in Cameron County, Texas, and may be served with process by serving its registered agent, CT Corp, at its registered address, 350 N. St. Paul, Dallas, Texas, 75201.

3.

Whenever in this petition it is alleged that Defendant did any act or thing, it is meant that Defendant's officers, agents, servants, employees or representatives did  such act or thing and that at the time such act or

2003-CCL-0728B

thing was done, it was done with the full authorization or ratification of Defendant, or was done in the normal, routine course and scope of employment of Defendant's officers, agents, servants,  employees or representatives.

4.

Plaintiff entered into a contract of insurance with Defendant at Cameron County, Texas, for coverage on his automobiles, one 2001 Mazda Miata and 1997 Dodge Truck, under policy number 036867347-09/05.  Said policy was in full force and effect during all times relevant to this lawsuit and contained uninsured motorist coverage with bodily injury limits of $50,000 per person and $100,000 per accident.

5.

On or about January 19, 2000 Plaintiff, with this three-legged dog at his side, stopped at the corner of Park Road 100 and East Retama at South Padre Island, Texas to survey traffic before attempting to walk across the five-lane road. Plaintiff ascertained that traffic was clear and started walking across the street. Plaintiff made it to the second lane when suddenly and unexpectedly Carrie Marie Moore, driving a 1998 Chevrolet Cavalier, abruptly turned left from the inside, south-bound lane, crossed the center-turn lane and struck Plaintiff so hard that he was hurled about ten feet into the air, suffering severe and permanent personal injuries.

6.

Carrie Marie Moore's negligence was the proximate cause of the following damages:

- Medical expenses in the past;

- Medical expenses in the future;

- Physical pain and mental anguish;

- Physical impairment; and,

- Disfigurement.

7.

After obtaining Defendant's consent, Plaintiff settled his case with Carrie Marie Moore's insurance carrier for the maximum amount of the bodily injury, liability coverage under her automobile insurance policy.

8.

On or about March 27, 2003, Plaintiff, through his attorney of record, made a demand upon Defendant to pay the full amount of the underinsured motorist coverage under Plaintiff's policy with Defendant. At the time of the filing of this petition more than 30 days have passed since Plaintiff's demand for benefits was submitted to Defendant and Defendant has not made any offer of settlement. Plaintiff sues for those benefits as his damages from the automobile accident in question exceed $80,000.

9.

Prior to filing suit Plaintiff submitted documentation of his claim to Defendant but Defendant refuses to pay any amount.


10.

Defendant's conduct amounted to a breach of contract, a breach of the duty of  good faith and fair dealing, a violation of  Article 21.21, Section 16, of the Texas Insurance Code and the Deceptive Trade Practices-Consumer Protection Act in the following particulars:

1.   Not attempting in good faith to effectuate prompt, fair and equitable  settlement of Plaintiffs' claims when liability was reasonably clear;

2.   Failing to provide promptly to Plaintiffs a reasonable explanation for the  basis in the insurance policy in relation to the facts or applicable law for the offer of a compromise settlement; and,

3.   Refusing to pay Plaintiffs' claims without conducting a prompt and reasonable investigation based upon all available information.

4.   Representing that Defendant's insurance services had characteristics, uses or benefits that they did not have.


11.

Defendant's breach of contract was the proximate cause of Plaintiffs' damages.  Defendant's actions and omissions were also the producing cause of Plaintiff's damages.

12.

Defendant's acts and omissions were done knowingly and intentionally.

13.

Written notice of these claims has been given within the time and in the manner required by law.

14.

The undersigned attorney has been retained by Plaintiff to pursue the causes of action alleged herein.  All attorney fees and expenses which are reasonable and necessary in this cause may be recovered by Plaintiff.  These attorney fees are as follows:

a.    For preparation and trial of this cause.

b.    For an appeal to the Court of Appeals.

c.    For making and responding to an Application for Writ of Error to the Supreme Court of Texas.

d.    For an appeal to the Supreme Court of Texas in the event Application for Writ of Error is granted.

e.    For making and responding to a Writ of Certiorari to the United States Supreme Court; and,

f.    For an appeal to the United States Supreme Court in the event Certiorari is granted.

WHEREFORE, PREMISES CONSIDERED, Plaintiff pray that Defendant be cited to answer and appear herein and that after final trial Plaintiff have judgment and recover from Defendant as follows

1.    The above-described compensatory and statutory damages.

2.    The 18% percent penalty provided in article 21.55, section 6, of the Texas Insurance Code pertaining to Prompt Payment of Claims.

3.    Reasonable and necessary attorney's fees, costs of court, and pre and post judgment interest.

4.    General relief.

Respectfully submitted,

Barry R. Benton
284 Ebony Avenue
Brownsville, TX  78520
Telephone (956) 546-9900
Facsimile (956) 546-9997
State Bar No. 02176500
Cameron County I.D. No. 3101
ATTORNEY-IN-CHARGE FOR
GEORGE S. HOLLINGSWORTH

No. 2003-CCL-00728-B

## THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: ALLSTATE INSURANCE COMPANY
BY SERVING ITS REGISTERED AGENT:
CT CORP
350 N. ST. PAUL
DALLAS, TEXAS 75201

the _____DEFENDANT_____, GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's
ORIGINAL PETITION

at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 2 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by
HON. BARRY R. BENTON        (Attorney for Plaintiff or Plaintiff),
whose address is 284 EBONY AVE. BROWNSVILLE TX  78520
on the 15th day of ___JULY___, A.D. 2003, in this case numbered 2003-CCL-00728-B
on the docket of said court, and styled,

GEORGE S. HOLLINGSWORTH
vs.
ALLSTATE INSURANCE COMPANY

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's _____
ORIGINAL PETITION

accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 16th day of ___JULY___, A.D. 2003.

JOE G. RIVERA_____, County Clerk
Cameron County
974 E. Harrison St.
(P.O. Box 2178)
Brownsville, Texas 78522-2178

By: _Mayra Medrano_, Deputy
MAYRA MEDRANO

CERTIFICATE OF DELIVERY BY MAIL

ATTACH RETURN RECEIPTS WITH
ADDRESSEE'S SIGNATURE

Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation.
Sec. 17.029, Rules of Civil Practice & Remedies Code, if not prepared by Clerk of Court.

_____
NAME OF PREPARER        TITLE

_____
ADDRESS X

_____
CITY        STATE        ZIP

I hereby certify that on the 16th of
___JULY___, 2003, I mailed to
ALLSTATE INSURANCE COMPANY
by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO.    0027370348
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

JOE G. RIVERA_____, County Clerk
Cameron County, Texas

By: _Mayra Medrano_, Deputy
MAYRA MEDRANO

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To AllState Insurar
Street, Apt. No.; 350 N. St. Paul
or PO Box No.
City, State, ZIP+4 Dallas Texas 75201

PS Form 3800, June 2002        See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ALLSTATE INSURANCE CO.
BY SERVING: CT CORP
350 N. ST. PAUL
DALLAS, TEXAS 75201

2003-CCL-728-B

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  JUL 2 1 2003  ☐ Agent
CT CORPORATION      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JUL 2 1 2003
CT CORPORATION

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
7002 2030 0000 2737 0348

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1

CAUSE NO. 2003-CCL-0728-B

**FILED FOR RECORD**

AT ___ O'CLOCK ___ M

AUG 0 6 2003

JOE G. RIVERA

CAMERON COUNTY CLERK

BY _____ Deputy

| | | |
|---|---|---|
| GEORGE S. HOLLINGSWORTH | § | IN THE COUNTY COURT |
| | § | |
| | § | |
| VS. | § | AT LAW NUMBER 2 |
| | § | |
| | § | |
| ALLSTATE INSURANCE COMPANY | § | CAMERON COUNTY, TEXAS |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW ALLSTATE INSURANCE COMPANY, Defendant in the above-styled and numbered cause, and files this its Original Answer to Plaintiff's Original Petition and would show the Court the following:

### I.

Defendant denies each and every, all and singular, the allegations contained in Plaintiff's Original Petition, and demands strict proof thereof as required by law.

### II.

The Defendant specially excepts to Paragraph 6 and the Prayer of Plaintiff's Original Petition wherein Plaintiff alleges damages but wholly fails to set forth the amount of contended past and future damages for each element and without such specific allegations the Defendant cannot properly prepare his Answer and defenses herein and of this Special Exception, Defendant prays judgment of the Court.

rom\orig.ans\23751

DEFENDANT'S ORIGINAL ANSWER - Page 1

## III.

Defendant hereby makes its written request for a jury trial in this cause pursuant to Rule 216 of the Texas Rules of Civil Procedure and deposits with the County Clerk of Cameron County, Texas, the requisite jury fee of Twenty-Two Dollars ($22.00).

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiff's suit be dismissed at Plaintiff's cost, and for such other and further relief to which Defendant may be entitled, either at law or in equity.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas   78520
(956) 542-5666
(956) 542-0016 (Fax)
Attorneys for Defendant

By _____
    JEFFREY D. ROERIG
    Texas State Bar #17161700
    ROSEMARY CONRAD-SANDOVAL
    Texas State Bar #04709300

rom\orig.ans\23751

DEFENDANT'S ORIGINAL ANSWER - Page 2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Defendant's Original Answer has been mailed, Certified Mail No. 7160 3901 9844 1943 7972, Return Receipt Requested, to the Attorney for Plaintiff, as follows:

Mr. Barry R. Benton
LAW OFFICES OF BARRY R. BENTON
284 Ebony Avenue
Brownsville, TX   78520

on this 6th day of August, 2003.

_____
JEFFREY D. ROERIG

rom\orig.ans\23751

DEFENDANT'S ORIGINAL ANSWER – Page 3

## CAUSE NO. 2003-CCL-728-B

| | | |
|---|---|---|
| GEORGE S. HOLLINGSWORTH | * | IN THE COUNTY COURT |
| | * | |
| Vs. | * | AT LAW No. 2 |
| | * | |
| ALLSTATE INSURANCE COMPANY | * | CAMERON COUNTY, TEXAS |

# MOTION FOR TRIAL SETTING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, GEORGE S. HOLLINGSWORTH, Plaintiff in the above-entitled and numbered cause, and moves this court to set a date for trial in this matter at a time convenient to the court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the court set this cause for trial at the convenience of the court.

Respectfully submitted,

Barry R. Benton
284 Ebony Avenue
Brownsville, Texas 78520
(956) 546-9900 Telephone
(956) 546-9997 Facsimile
State Bar No. 02176500
Cameron County I. D. No. 3101
ATTORNEY IN CHARGE FOR
GEORGE S. HOLLINGSWORTH
PLAINTIFF

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this the 7th day of August, 2003, a true

and correct copy of the foregoing Motion for Trial Setting has been

forwarded to all counsel of record, to wit:

Mr. Jeffrey D. Roerig
ROERIG, OLIVEIRA, & FISHER
855 West Price Road, Suite 9
Brownsville, Texas 78520

_____
BARRY R. BENTON

## CAUSE NO. 2003-CCL-728-B

GEORGE S. HOLLINGSWORTH     *     IN THE COUNTY COURT

                        *

Vs.                           *     AT LAW No. 2

                        *

ALLSTATE INSURANCE COMPANY     *     CAMERON COUNTY, TEXAS

## ORDER SETTING HEARING ON MOTION FOR TRIAL SETTING

On this day Plaintiff's Motion for Trial Setting was presented to the court, and it is opinion and order of the court that same motion is hereby set for hearing on the _____ day of _____,2003, at _____ o'clock _____. m. in the County Court at Law No. 2, in Cameron County, Texas.

SIGNED FOR ENTRY this _____ day of _____,2003.

_____
JUDGE PRESIDING

Copies to:
Mr. Barry R. Benton, 284 Ebony Ave., Brownsville, Texas 78520
Mr. Jeffrey D. Roerig, ROERIG, OLIVEIRA, & FISHER, 855 West Price Road, Suite 9, Brownsville, Texas 78520

## CAUSE NO. 2003-CCL-728-B

GEORGE S. HOLLINGSWORTH     \*     IN THE COUNTY COURT
                                     \*
Vs.                                          \*     AT LAW No. 2
                                     \*
ALLSTATE INSURANCE COMPANY     \*     CAMERON COUNTY, TEXAS

## ORDER SETTING TRIAL DATE

IT IS THEREFORE ORDERED that the above-entitled and numbered

cause is set for trial on the _____ day of _____, 200___,

at _____, __.m. with announcements on the _____ day of

_____, 200__, at _____ a.m. in the County Court at

Law No. 2, in Cameron County, Texas.


SIGNED FOR ENTRY this _____ day of _____, 2003.


_____
JUDGE PRESIDING




Copies to:
Mr. Barry R. Benton, 284 Ebony Ave., Brownsville, Texas 78520
Mr. Jeffrey D. Roerig, ROERIG, OLIVEIRA, & FISHER, 855 West Price Road, Suite 9,
Brownsville, Texas 78520

RUN DATE 08/11/03
RUN TIME  9:03 AM

PAGE: 01

2003-CCL-00728-B

* * * * * C L E R K ' S   E N T R I E S * * * *

GEORGE S. HOLLINGSWORTH
ALLSTATE INSURANCE COMPANY

(00003101) HON. BARRY R. BENTON

(06)            07      15      03

SUIT ON CONTRACT

07/15/03  ORIGINAL PETITION FILED
07/16/03  CITATION (CM): ALLSTATE INSURANCE
          COMPANY
07/16/03       SERVED: 07/21/03   FILED: 07/24/03
08/06/03  ORIGINAL ANSWER: ALLSTATE INSURANCE
          COMPANY
08/06/03  RCVD DEFENDANTS ORIGINAL ANSWER;JURY
          DEMAND CK#16895       MC
08/06/03  JURY FEE: Pd. by HON. JEFFREY ROERIG
08/08/03  MOTION FOR TRIAL SETTING;ORDER SETTING
          HEARING ON MOTION FOR
08/08/03  TRIAL SETTING;ORDER SETTING TRIAL
          DATE                    MC

## CAUSE NO. 2003-CCL-0728-B

| | | |
|---|---|---|
| GEORGE S. HOLLINGSWORTH | § | IN THE COUNTY COURT |
| | § | |
| | § | |
| VS. | § | AT LAW NUMBER 2 |
| | § | |
| | § | |
| ALLSTATE INSURANCE COMPANY | § | CAMERON COUNTY, TEXAS |

### NOTICE OF FILING NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE that the Defendant, on the 12th day of August, 2003, filed

in the United States District Court for the Southern District of Texas, Brownsville Division,

a Notice of Removal of the above-referenced and numbered cause pursuant to 28 U.S.C.

Sections 1441 and 1332.  A copy of said Notice of Removal is attached hereto.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas  78520
(956) 542-5666
(956) 542-0016 (Fax)

By_____
      JEFFREY D. ROERIG
      Texas State Bar #17161700

Rosemary Conrad-Sandoval
ROERIG, OLIVEIRA & FISHER, L.L.P.
506 East Dove
McAllen, Texas  78504
(956) 631-8049
(956) 631-8141 (Fax)
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Filing Notice of Removal has been mailed, Certified Mail No. 7160 3901 9844 1943 8153, Return Receipt Requested, to the Attorney for Plaintiff, as follows:

Mr. Barry R. Benton
LAW OFFICE OF BARRY R. BENTON
284 Ebony Avenue
Brownsville, TX   78520

on this 12th day of August, 2003.

                                                JEFFREY D. ROERIG