# ROERIG, OLIVEIRA & FISHER, L.L.P.
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| Jeffrey D. Roerig†♦<br>Rene O. Oliveira<br>W. Michael Fisher<br>Ricardo Morado<br>Crisanta Guerra Lozano<br>Elizabeth G. Neally<br>Victor V. Vicinaiz♦†<br>David G. Oliveira | Cameron County Office<br>855 West Price Road - Suite 9<br>Brownsville, Texas 78520-8786<br>Tel. 956 542-5666   Fax 956 542-0016<br><br>*Hidalgo County Office<br>506 East Dove<br>McAllen, Texas 78504<br>Tel. 956 631-8049   Fax 956 631-8141 | Adolph Guerra, Jr.†<br>D. Alan Erwin, Jr.<br>Michael A. Zanca*<br>Rosemary Conrad-Sandoval*<br>Lucila Alvarado*<br>Jesus Quezada, Jr.<br>Adrian R. Martinez*<br>Liza M. Vasquez* |

†Board Certified -
  Personal Injury Trial Law
  Texas Board of Legal Specialization

♦Board Certified -
  Civil Trial Law
  Texas Board of Legal Specialization

August 13, 2003

United States District Court
Southern District of Texas
FILED
AUG 1 4 2003
Michael N. Milby
Clerk of Court

File No.: 23,751

Mr. Barry R. Benton
LAW OFFICES OF BARRY R. BENTON
284 Ebony Avenue
Brownsville, TX  78520

*Certified Mail No. 7160 3901 9844 1943 8177*
*Return Receipt Requested*

Re:   Civil Action No. B-03-141
      *George S. Hollingsworth v. Allstate Insurance Company*

Dear Mr. Benton:

Enclosed find the Order for Conference and form for the Joint Report on Meeting Required by Rule 26(f) and Joint Discovery/Case Management Plan.

Thank you for your attention to this matter.

Very truly yours,

ROERIG, OLIVEIRA & FISHER, L.L.P.

By _____
Jeffrey D. Roerig

JDR/rom

Enclosure

cc:   United States District Clerk
      Southern District of Texas
      Brownsville Division