4

United States District Court
Southern District of Texas
FILED

AUG 26 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GEORGE S. HOLLINGSWORTH | § | |
| | § | CIVIL ACTION NO. B-03-141 |
| VS. | § | |
| | § | JURY DEMANDED |
| ALLSTATE INSURANCE COMPANY | § | |

### DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Allstate Insurance Company, Defendant herein, and files this list of individual or entities having a financial interest in this litigation as directed by the Court's Order, a copy of which was received less than 15 days ago:

**Plaintiff:**

George S. Hollingsworth

**Attorney in Charge:**

Mr. Barry R. Benton
LAW OFFICE OF BARRY R. BENTON
284 Ebony Avenue
Brownsville, TX  78520
State Bar No. 02176500
(956) 546-9900
(956) 546-9997 (Fax)

**Defendant:**

Allstate Insurance Company
227 N. Loop 1604 East, Ste. 200
San Antonio, TX 78232

**Attorneys in Charge:**

Mr. Jeffrey D. Roerig
Ms. Rosemary Conrad-Sandoval
ROERIG, OLIVEIRA & FISHER, L.L.P.
506 E. Dove
McAllen, TX 78504

                              Respectfully submitted,

                              ROERIG, OLIVEIRA & FISHER, L.L.P.
                              506 East Dove
                              McAllen, Texas 78504
                              (956) 631-8049
                              (956) 631-8141 (Fax)

                              _____
                              JEFFREY D. ROERIG
                              State Bar No.: 17161700
                              Federal Bar No.: 1503
                              ROSEMARY CONRAD-SANDOVAL
                              State Bar No.: 04709300
                              Federal No. 13738

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been mailed to the Attorney for Plaintiff, as follows:

                          Mr. Barry R. Benton
                    LAW OFFICE OF BARRY R. BENTON
                          284 Ebony Avenue
                          Brownsville, TX  78520

on this 26th day of August, 2003.

                              _____
                              JEFFREY D. ROERIG

                              <u>Defendant's Certificate of Interested Parties</u> - Page 2

rom\motions\23751.intparties

# ROERIG, OLIVEIRA & FISHER, L.L.P.
## ATTORNEYS AT LAW

Jeffrey D. Roerig†♦
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz*†
David G. Oliveira

Cameron County Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666   Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049   Fax 956 631-8141

Adolph Guerra, Jr.†
D. Alan Erwin, Jr.
Michael A. Zanca*
Rosemary Conrad-Sandoval*
Lucila Alvarado*
Jesus Quezada, Jr.
Adrian R. Martinez*
Liza M. Vasquez*

†Board Certified -
 Personal Injury Trial Law
 Texas Board of Legal Specialization

♦Board Certified -
 Civil Trial Law
 Texas Board of Legal Specialization

August 26, 2003

File No.:

23,751

Mr. Michael N. Milby, Clerk
United States District Court
Southern District of Texas
Brownsville Division
600 East Harrison
Brownsville, Texas 78520

Re: Civil Action No. B-03-141
*George S. Hollingsworth v. Allstate Insurance Company*

Dear Mr. Milby:

In reference to the above-styled civil action, enclosed find the original and two copies of Defendant's Certificate of Interested Parties.

Please file the Certificate of record and return a file-stamped copy for our records.

By copy of this letter, a copy of the above document has been forwarded to the Attorney for Plaintiff in this matter.

Thank you for your assistance in this matter.

Very truly yours,

ROERIG, OLIVEIRA & FISHER, L.L.P.

Jeffrey D. Roerig

JDR/rom
Enclosures
cc: Mr. Barry R. Benton - CM/RRR 7160 3901 9844 1944 4161