United States District Court
Southern District of Texas
FILED

SEP 03 2003

Michael N. Milby
Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| GEORGE S. HOLLINGSWORTH * | |
| * | |
| VS. * | CIVIL ACTION NO. B-03-141 |
| * | |
| ALLSTATE INSURANCE COMPANY * | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Plaintiff, GEORGE S. HOLLINGSWORTH, and pursuant to this Court's order, identifies as entities which may have a financial interest in this litigation as follows:

1.  George S. Hollingsworth
    P.O. Box 2423
    South Padre Island, Texas 78597
    (956) 761-3101
    Plaintiff

2.  Annalisa Hollingsworth
    P.O. Box 2423
    South Padre Island, Texas 78597
    (956) 761-3101
    Plaintiff's wife.

3.  Barry R. Benton
    284 Ebony Ave.
    Brownsville, Texas 78520
    (956) 546-9900
    Counsel for Plaintiff.

4.  Mr. Jeffrey D. Roerig
    Roerig, Oliveira & Fisher, L.L.P.
    855 Price Rd., Suite 9
    Brownsville, Texas 78520
    (956) 542-5666
    Counsel for Defendant.

Respectfully submitted,

*[signature: Barry Benton]*

Barry R. Benton
284 Ebony Avenue
Brownsville, Texas 78520
Telephone (956) 546-9900
Facsimile (956) 546-9997
Federal I.D. No. 3968
ATTORNEY IN CHARGE FOR
PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of August, 2003, the foregoing Plaintiff's Certificate of Interested Parties of GEORGE S. HOLLINGSWORTH was forwarded to all counsel of record, to wit:

Mr. Jeffrey D. Roerig
Roerig, Oliveira & Fisher, L.L.P.
855 Price Rd., Suite 9
Brownsville, Texas 78520

*[signature]*

BARRY R. BENTON