6

/ui/ljg/23100294/substitution.mtn
AWP/hc

United States District Court
Southern District of Texas
FILED

NOV 0 3 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

GEORGE S. HOLLINGSWORTH        §
                               §
VS.                            §        CIVIL ACTION NO. B-03-141
                               §
ALLSTATE INSURANCE COMPANY     §

## MOTION TO WITHDRAW

TO THE HONORABLE JUDGE OF SAID COURT:

JEFFREY D. ROERIG, State Bar No. 17161700, asks this court to allow him to withdraw as attorney of record for Defendant.

There is good cause for this court to grant the Motion to Withdraw because the client has approved the substitution.

LARRY J. GOLDMAN will be substituted as the attorney for Defendant. His State Bar No. is 08093450 and his Federal Bar No. is 341, and his address, telephone number and fax number are: Adami Goldman & Shuffield, Inc., 9311 San Pedro, Suite 900, San Antonio, Texas 78216, telephone (210) 344-0500 , fax (210) 344-7228.

The substitution of Larry J. Goldman is with the knowledge, consent and approval of said Defendant, and is not sought for delay.

1

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD, INC.
The Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile: (210) 344-7228


By: _____
        LARRY J. GOLDMAN
        Federal Bar No. 341
        State Bar No. 08093450

ATTORNEYS FOR DEFENDANT


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Substitution of Counsel has been sent by certified mail, return receipt requested, to:

Mr. Barry R. Benton
Attorney at Law
284 Ebony Avenue
Brownsville, Texas 78520

_____
LARRY J. GOLDMAN