7

/ui/ljg/231001294/substitution.ord
AWP/hc

United States District Court
Southern District of Texas
ENTERED

NOV 1 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GEORGE S. HOLLINGSWORTH | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-141 |
| | § | |
| ALLSTATE INSURANCE COMPANY | § | |

### ORDER ON MOTION TO WITHDRAW

On  10 NOVEMBER , 2003, the court considered Jeffrey D. Roerig's Motion to Withdraw as attorney of record for Defendant. After considering the Motion, the court

GRANTS Jeffrey D. Roerig's Motion to Withdraw and ORDERS that Larry J. Goldman be substituted as attorney of record for Defendant.

SIGNED on this the  10  day of  NOVEMBER , 2003.

_____
U.S. ~~DISTRICT~~ JUDGE
MAGISTRATE

- 1 -

**APPROVED & ENTRY REQUESTED:**

ROERIG, OLIVEIRA & FISHER, LLP
855 West Price Road, Suite 9
Brownsville, Texas 78520-8786
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

By: _____
JEFFREY D. ROERIG
State Bar No.: 17161700

**ATTORNEYS FOR DEFENDANT**

- 2 -