United States District Court
Southern District of Texas
FILED

DEC 0 2 2003

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-03-141            DATE & TIME: 12-08-03 AT 1:30 P.M.

GEORGE S. HOLLINGSWORTH            PLAINTIFF(S) BARRY R. BENTON
                                    COUNSEL

VS.

ALLSTATE INSURANCE COMPANY         DEFENDANT(S) LARRY J. GOLDMAN
                                    COUNSEL

-------------------------------------------------------------------------------

Defense counsel called to tell the court that the previous attorney of record had not notified them of the initial pretrial conference scheduled for December 8, 2003. Initial pretrial conference has been reset.