# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

DEC 0 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| GEORGE S. HOLLINGSWORTH § | |
| § | |
| VS. § | CIVIL ACTION NO. B-03-141 |
| § | |
| ALLSTATE INSURANCE COMPANY § | |

TYPE OF CASE:       __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE**
**(WILL NOT BE HELD TELEPHONICALLY)**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE** <br> **600 E. HARRISON STREET** <br> **BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |
| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
| **DECEMBER 2, 2003 AT 1:30 P.M.** | **DECEMBER 8, 2003 AT 1:30 P.M.** |

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   DECEMBER 2, 2003

TO:     MR. BARRY R. BENTON
        MR. LARRY J. GOLDMAN