/ui/ljg/23101294/substitute.mtn
12.05.03/MJP/pld

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GEORGE S. HOLLINGSWORTH | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-141 |
| | § | |
| ALLSTATE INSURANCE COMPANY | § | |

## MARTIN J. PHIPPS' MOTION TO BE DESIGNATED AS ATTORNEY IN CHARGE

TO THE HONORABLE U.S. DISTRICT COURT:

MARTIN J. PHIPPS, Federal Bar No. 20104, asks this court to allow him to be designated as attorney in charge for Defendant, ALLSTATE INSURANCE COMPANY.

There is good cause for this Court to grant the Motion because at the time Larry J. Goldman was substituted in as attorney in charge, the attorney retained to represent Defendant, Martin J. Phipps, was out of the country on honeymoon but has now returned.

MARTIN J. PHIPPS will be substituted as the attorney in charge. His State Bar No. is 00791444 and his Federal Bar No. is 20104, and his address, telephone number and fax number are: Adami Goldman & Shuffield, Inc., 9311 San Pedro, Suite 900, San Antonio, Texas 78216, telephone (210) 344-0500, fax (210) 344-7228.

The substitution of Martin J. Phipps is with the knowledge, consent and approval of said Defendant, and is not sought for delay.

For these reasons, Martin J. Phipps asks this Court to grant his Motion and substitute Martin J. Phipps as attorney in charge for Defendant, Allstate Insurance Company.

1

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD, INC.
The Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile: (210) 344-7228

By: _____
MARTIN J. PHIPPS
Federal Bar No. 20104
State Bar No. 00791444
LARRY J. GOLDMAN
Federal Bar No. 341
State Bar No. 08083450

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Notice of Substitution of Counsel has been sent by facsimile, to:

Mr. Barry R. Benton
Attorney at Law
284 Ebony Avenue
Brownsville, Texas 78520

_____
MARTIN J. PHIPPS