United States District Court
Southern District of Texas
FILED

DEC 0 8 2003

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-03-141             DATE & TIME:  12-08-03 AT 1:30 P.M.

GEORGE S. HOLLINGSWORTH              PLAINTIFF(S)   BARRY R. BENTON
                                      COUNSEL

VS.

ALLSTATE INSURANCE COMPANY           DEFENDANT(S)  MARTIN J. PHIPPS
                                      COUNSEL

---

ERO:  Rebecca Pinales
CSO:  Dan Figueroa

Attorneys Barry Benton and Martin Phipps appeared.

Parties told Judge Black that a Joint Pretrial Order had been filed.  Order is not in the file.  Parties will check to make sure Order was filed..

Agreed scheduling order will be filed.

Parties have consented to proceed before the magistrate judge.  A 636(c) consent form was signed.