/ui/ljg/231001294/substitute.ord
12.05.03/MJP/pld

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| GEORGE S. HOLLINGSWORTH | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-141 |
| | § | |
| ALLSTATE INSURANCE COMPANY | § | |

**ORDER ON MOTION TO BE DESIGNATED AS ATTORNEY IN CHARGE**

On _DECEMBER 8_, 2003, the court considered Martin J. Phipps' Motion to be

Designated as Attorney in Charge for Defendant.  After considering the Motion, the court

GRANTS Martin J. Phipps' Motion to be Designated as Attorney in Charge and ORDERS

that Martin J. Phipps be substituted as attorney of record for Defendant.

SIGNED on this the _8TH_ day of _DECEMBER_, 2003.

_____
U.S. DISTRICT JUDGE
MAGISTRTE

- 1 -

**APPROVED & ENTRY REQUESTED:**

ADAMI, GOLDMAN & SHUFFIELD
9311 San Pedro, Suite 911
San Antonio, Texas 78216
Telephone:     (210) 344-0500
Facsimile:     (210) 344-7228

By:     _____
        MARTIN J. PHIPPS
        Federal Bar No.: 20104
        State Bar No.:  00791444
        LARRY J. GOLDMAN
        Federal Bar No.: 41
        State Bar No.: 08093450

ATTORNEYS FOR DEFENDANT

- 2 -