United States District Court
Southern District of Texas
ENTERED

DEC 0 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GEORGE S. HOLLINSWORTH | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-141 |
| ALLSTATE INSURANCE COMPANY | § | |

## ORDER

Pursuant to 28 U.S.C. § 636(b)(1) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act this case is referred to United States Magistrate Judge John Wm. Black.

SIGNED on this _8th_ day of _December_, 2003.

_____
UNITED STATES DISTRICT JUDGE