IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GEORGE S. HOLLINGSWORTH | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.B-03-141 |
| | § | |
| ALLSTATE INSURANCE COMPANY | § | |

**CONSENT TO EXERCISE OF JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE**

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| /s/ Barry R. Benton | Plaintiff | 12/8/03 |
| /s/ Martin J. Phipps | Defendant | 12/8/03 |