/ui/ljg/23100294/joint report – rule 26(f)
11.24.03/MJP/pld

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 0 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GEORGE S. HOLLINGSWORTH § | |
| § | |
| VS. § | CIVIL ACTION NO. B-03-141 |
| § | |
| ALLSTATE INSURANCE COMPANY § | |

**JOINT REPORT OF THE MEETING & JOINT DISCOVERY /
CASE MANAGEMENT PLAN UNDER RULE 26(f)
FEDERAL RULES OF CIVIL PROCEDURE**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

1. State where and when the meeting of the parties required by rule 26(f) was held, and identify the counsel who attended for each party.

**RESPONSE:**

The parties met Wednesday, November 19, 2003 by telephone. In attendance were:

Martin J. Phipps
On behalf of Allstate Insurance Company

Barry R. Benton
On behalf of Plaintiff, George S. Hollingsworth

2. List the cases related to this one that are pending in any state or federal court with the case number and court.

**RESPONSE:**

None.

3. Briefly describe what this case is about.

**RESPONSE:**

This is an underinsured motorist (UIM) lawsuit resulting from an automobile accident. The parties are disputing the value of Plaintiff's claims.

1

4. Specify the allegation of federal jurisdiction.

**RESPONSE:**

Diversity jurisdiction because the amount in controversy is over $75,000

5. Name the parties who disagree and the reasons.

**RESPONSE:**

None.

6. List anticipated additional parties that should be included, when they can be added, and by whom they were wanted.

**RESPONSE:**

None.

7. List anticipated interventions.

**RESPONSE:**

None.

8. Describe class-action issues.

**RESPONSE:**

None.

9. State whether each party represents that it had made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

**RESPONSE:**

Both parties have agreed to make their initial disclosures within fourteen (14) days of the date this motion was filed.

10. Describe the proposed agreed discovery plan, including:

    A. Responses to all the matters raised in Rule 26(f).

1. What changes should be made in the timing, form and requirement for disclosures under subdivision (a) or local rule, including a statement as to when disclosures under subdivision (a)(a) were made or will be made.

**RESPONSE:**

None known at this time as Rule 26 disclosures will be made within fourteen (14) days from the date this motion is filed.

2. The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused upon particular issues.

**RESPONSE:**

The parties have agreed to do initial discovery of taking Plaintiff's deposition and then trying to resolve this case through mediation or possibly binding arbitration.

3. What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed.

**RESPONSE:**

None known at this time.

4. Any other orders that should be entered by the court under subdivision (c) or under Rule 16(b) and (c).

**RESPONSE:**

The parties have attached a proposed Scheduling Order.

B. When and to whom the Defendant anticipates it may send interrogatories.

**RESPONSE:**

Defendant has already sent interrogatories to Plaintiff on September 8, 2003.

C. When and tom whom the Defendant anticipates it may send interrogatories.

**RESPONSE:**

Please see response to B.

    D.    Of whom and by when the Plaintiffs anticipate taking oral depositions.

**RESPONSE:**

The parties are trying to resolve this case; however, if it does not settle, then Plaintiff will want to take the depositions of Allstate's claims representatives.

    E.    Of whom and by when the Defendants anticipate taking oral depositions.

**RESPONSE:**

At this point, Defendant wants to take Plaintiff's deposition and then try to resolve this case.

    F.    When the Plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) and when the opposing party will be able to designate responsive experts and provide their reports.

**RESPONSE:**

Please see the parties' proposed Scheduling Order.

    G.    List expert depositions the Plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

**RESPONSE:**

Please the parties' proposed Scheduling Order.

    H.    List expert depositions the opposing party anticipates taking and their anticipated completion date (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

**RESPONSE:**

Please see the parties' proposed Scheduling Order.

10.    If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

**RESPONSE:**

Not applicable.

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

**RESPONSE:**

None at this time.

12. State the date the planned discovery can reasonably be completed.

**RESPONSE:**

Please see the parties' attached proposed Scheduling Order.

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

**RESPONSE:**

The parties agreed to allow Plaintiff's deposition to be taken and then go to either mediation or possibly binding arbitration.

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

**RESPONSE:**

Please see Defendant's response to No. 13.

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

**RESPONSE:**

Mediation and/or possibly binding arbitration.

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.
**RESPONSE:**

The parties agree to the magistrate judge.

17. State whether a jury demand has been made and if it was made on time.

**RESPONSE:**

Yes.

18. Specify the number of hours it will take to present the evidence in this case.

**RESPONSE:**

20 to 25 hours.

19. List pending motions that could be ruled on at the pretrial and scheduling conference.

**RESPONSE:**

None known at this time.

20. List other motions pending.

**RESPONSE:**

None at this time.

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

**RESPONSE:**

If the parties are unable to resolve this case, there will be an issue on whether Plaintiff's extra-contractual claims should be severed. However, the parties request the Court does not resolve this issue until after the parties try to resolve this case through alternative dispute resolution.

22. Certify that all parties have filed Disclosure of Interested Parties as directed in the Order for Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

**RESPONSE:**

The Parties have done this contemporaneously with the filing of this motion.

23. List the names, bar numbers, addresses and telephone numbers of all counsel.

**RESPONSE:**

Barry R. Benton
Texas State Bar No. 02176500
S.D. ID No. 3968
284 Ebony Avenue
Brownsville, TX 78520
(956) 546-9900 Telephone
(956) 546-9997 Telecopier

Martin J. Phipps
Texas State Bar No. 00791444
Adami, Goldman & Shuffield, Inc.
SWBC Building
9311 San Pedro, Suite 900
San Antonio, TX 78216
(210) 344-0600 Telephone
(210) 344-7228 Telecopier

AGREED AS TO FORM AND CONTENT:

*/s/ Barry R. Benton*
BARRY R. BENTON

Barry R. Benton
Texas State Bar No. 02176500
S.D. ID No. 3968
284 Ebony Avenue
Brownsville, TX 78520
(956) 546-9900 Telephone
(956) 546-9997 Telecopier


*/s/ Martin J. Phipps*
MARTIN J. PHIPPS

Martin J. Phipps
Texas State Bar No. 00791444
Adami, Goldman & Shuffield, Inc.
SWBC Building
9311 San Pedro, Suite 900
San Antonio, TX 78216
(210) 344-0600 Telephone
(210) 344-7228 Telecopier

8

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2003, a true and correct copy of the above and foregoing Joint Report of the Meeting & Joint Discovery / Case Management Plan Under Rule 26(f) Federal Rules of Civil Procedure has been sent by certified mail, return receipt requested, to:

Mr. Barry R. Benton
Attorney at Law
284 Ebony Avenue
Brownsville, Texas  78520

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　MARTIN J. PHIPPS