/ui/ljg/23100294/cert.interested persons
11.24.03/MJP/pld

United States District Court
Southern District of Texas
FILED

DEC 1 0 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GEORGE S. HOLLINGSWORTH § | |
| § | |
| VS. § | CIVIL ACTION NO. B-03-141 |
| § | |
| ALLSTATE INSURANCE COMPANY § | |

### CERTIFICATE OF INTERESTED PERSONS

1. **PLAINTIFF:**

   George S. Hollingsworth

2. **DEFENDANT:**

   Allstate Insurance Company

3. **Attorney(s) for Plaintiff:**

   Mr. Barry R. Benton
   Attorney at Law
   284 Ebony Avenue
   Brownsville, Texas 78520
   Telephone:    (956) 546-9900
   Telecopier:    (956) 546-9997

4. **Attorney(s) for Defendant:**

   Martin J. Phipps
   ADAMI, GOLDMAN & SHUFFIELD, INC.
   9311 San Pedro, Suite 900
   San Antonio, Texas 78216
   Telephone:    (210) 344-0500
   Telecopoier:    (210) 344-7228

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD, INC.
The Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228

By: _____
MARTIN J. PHIPPS
Federal Bar No. 20104

ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, has been sent by certified mail, return receipt requested to the following on this ___ day of December, 2003:

Mr. Barry R. Benton
Attorney at Law
284 Ebony Avenue
Brownsville, Texas 78520

_____
MARTIN J. PHIPPS