# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 2 2004

## ORDER

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| GEORGE S. HOLLINGSWORTH | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-141 |
| | § | |
| ALLSTATE INSURANCE COMPANY | § | |

TYPE OF CASE:          __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been set for the place, date and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                      ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME:

**MARCH 24, 2004 AT 2:00 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    MARCH 10, 2004

TO:      MR. BARRY R. BENTON
         MR. LARRY J. GOLDMAN
         MR. MARTIN J. PHIPPS