IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GEORGE S. HOLLINGSWORTH | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-03-141 |
| | * | |
| ALLSTATE INSURANCE | * | |
| COMPANY | * | |

## PLAINTIFF GEORGE S. HOLLINGSWORTH'S DESIGNATION OF EXPERT WITNESSES

COMES NOW, GEORGE S. HOLLINGSWORTH, Plaintiff, and files this his Designation of Expert Witnesses and reserves the right to file additional designations consistent with the Court's docket control orders in this case and the Federal Rules of Civil Procedure.

I.

Plaintiff designates the following expert witnesses who may be called to testify at the trial of this case:

1.  Dr. Giovanna Ghafoori, M.D.
    Plastic & Reconstructive and Cosmetic Surgery
    1649 Sam Houston
    Harlingen, Texas 78550
    (956) 428-1700

Dr. Ghafoori is expected to testify about the injuries sustained by Plaintiff as a result of the incident that occurred on January 19, 2002. As can be seen on the attached report, she is expected to offer the opinion that Plaintiff suffers from an irregularity of the tissues to the lip area. She will also be asked to give her prognosis

as to the cost of future medical procedures and the appearance and function of the scar area after such procedure.

2.  Barry R. Benton
    Law Office of Barry R. Benton
    284 Ebony Ave.
    Brownsville, Texas 78520
    (956) 546-9900

Mr. Benton is expected to testify about reasonable attorney's fees for this type of case. He is expected to offer the opinion that $350.00 per hour is a reasonable per hour fee in a contingency fee case considering the contingent nature and delay in payment and risk in advancement of expenses and costs.

Respectfully submitted,

*[signature]*

Barry R. Benton
284 Ebony Ave.
Brownsville, Texas 78520
Telephone (956) 546-9900
Facsimile (956) 546-9997
State Bar No. 02176500
Federal I.D. No. 3968
ATTORNEY IN CHARGE FOR
PLAINTIFF, GEORGE S.
HOLLINGSWORTH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of March, 2004, the foregoing Designation of Expert Witnesses was forwarded via facsimile (210) 344-7228 to attorney of record, to wit:

Mr. Martin K. Phipps    *Via facsimile (210) 344-7228*
Adami, Goldman & Shuffield, Inc.
SWBC Building
9311 San Pedro, Suite 900
San Antonio, Texas 7821

                                   _____
                                            BARRY R. BENTON



1722 South Carolina, Suite B   Harlingen, Texas 78550   Phone (956) 428-1700   Fax (956) 428-2047

May 23, 2003

Barry R. Benton
284 Ebony Avenue
Brownsville, Texas 78520-8014

Re:   George Hollingsworth
      DOB: 1/26/51
      DOI: 1/19/02

Dear Mr. Benton:

The following is response to your request for a narrative dated May 20:

I first saw Mr. Hollingsworth in consultation February 19, 2002 for "possible scar revision." He reports that he was involved in a motor vehicle accident, "struck by a car," approximately one month earlier, sustaining a laceration to his right upper lip, as well as a palatal and alveolar fracture. He was concerned that his lip "had a lot of scar tissue." At that time, he had an overall good repair and had the expected edema and induration of recent trauma and any revision would not be indicated. He was advised to massage the tissues and to treat with topical silicone sheet taping to maximally remodel the tissues.

Mr. Hollingsworth was the lost to follow-up until May 13, 2003, when he representing wishing further evaluation for possible scar revision. He noted that his "lip droops" in response to certain weather changes and also notes an area of thickening. On exam, he overall had healed very well, the quality of the incisional scar was of very good quality, and his overall lip appearance is quite good. He did, however, have an area of irregularity do to "pin cushioning" of tissues that had likely previously been elevated and also appeared to have some excess length of the white portion of the lip laterally that pushed the pink vermilion downward, causing the "drooping" appearance. He also had some irregularity of the pink vermilion, possibly where some of the wet vermilion was everted, elevated and recruited into the dry vermilion.