19

THE HONORABLE JOHN WM. BLACK

TELEPHONIC STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

MAR 2 4 2004

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-03-141          DATE & TIME:  03-24-04 AT 2:00 P.M.

GEORGE S. HOLLINGSWORTH           PLAINTIFF(S)  BARRY R. BENTON
                                   COUNSEL

VS.

ALLSTATE INSURANCE COMPANY        DEFENDANT(S)  MARTIN J. PHIPPS
                                   COUNSEL       LARRY GOLDMAN

---

Attorneys Barry Benton and Martin Phipps appeared telephonically.

1. Parties are going forward with discovery.

2. Case is to be mediated.

3. Status conference to be held in May, 2004.