

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## ORDER

| | | |
|---|---|---|
| GEORGE S. HOLLINGSWORTH | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-141 |
| ALLSTATE INSURANCE COMPANY | § | |

TYPE OF CASE:       __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been set for the place, date and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**MAY 24, 2004 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MARCH 24, 2004

TO:     MR. BARRY R. BENTON
        MR. LARRY J. GOLDMAN
        MR. MARTIN J. PHIPPS