//ui/ljg/23101294/sever.mtn
03.23.04/MJP/pld

United States District Court
Southern District of Texas
FILED

MAR 26 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GEORGE S. HOLLINGSWORTH § | |
| § | |
| VS. § | CIVIL ACTION NO. B-03-141 |
| § | |
| ALLSTATE INSURANCE COMPANY § | |

### DEFENDANTS' DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, ALLSTATE INSURANCE COMPANY, Defendant in the above-styled and numbered cause and pursuant to a Scheduling Order signed and entered by the Court, designate the following individuals as expert witnesses, hereby incorporating by reference all experts' designations and information contained in live designations, disclosure responses, interrogatory answers and supplementation already provided previously in this lawsuit. Defendant may designate additional experts, if needed, as rebuttal experts that may be designated by Plaintiff.

### DESIGNATION OF EXPERT WITNESSES

| 1. | Dr. David Haman. D.O.<br>Valley Regional Medical Center<br>And/or Custodian or Custodian of Records<br>100 A Alton Gloor<br>Brownsville, TX 78521 | Expected to testify with regard to Plaintiff's claimed injuries and treatment for same. |
|---|---|---|
| 2. | Dr. Ghafoori Giovanni<br>And/or custodian of Records<br>1649 Sam Houston<br>Harlingen, TX 78550<br>(956) 428-1700 | Expected to testify with regard to Plaintiff's claimed injuries and treatment for same. |
| 3. | Dr. Marcus McRoberts, D.D.S.<br>Rio Grande Oral Maxillofacial Surgery, P.C.<br>And/or Custodian of Records<br>1622 Ed Carey Dr.<br>Harlingen, TX 78550<br>(956) 428-4528 | Expected to testify with regard to Plaintiff's claimed injuries and treatment for same. |

1

| 4. | Ed Walsh<br>Island Pharmacy<br>And/or Custodian of Records<br>102 E. Swordfish<br>South Padre Island, TX 78597<br>(956) 761-4949 | Expected to testify with regard to Plaintiff's claimed injuries and treatment for same. |
|---|---|---|
| 5. | Ana Gutierrez, M.D., P.A.<br>And/or Custodian of Records<br>1313 Alton Gloor<br>Brownsville, TX 78521<br>(956) 550-8944 | Expected to testify with regard to Plaintiff's claimed injuries and treatment for same. |
| 6. | Anant Utturkar, MD<br>And/or Custodian of Records<br>PO Box 52236<br>McAllen, TX 78505-2236<br>(956) 687-5136 | Expected to testify with regard to Plaintiff's claimed injuries and treatment for same. |
| 7. | Arnold Ozuna<br>And/or Custodian of Records<br>PO Box 52236<br>McAllen, TX 78505<br>(956) 687-5136 | Expected to testify with regard to Plaintiff's claimed injuries and treatment for same. |
| 8. | G. Ramirez<br>Port Isabel EMS<br>And/or Custodian of Records<br>202 Musina St.<br>Port Isabel, TX 78578<br>(956) 943-7829<br>AND<br>2741 Swanter Street<br>Corpus Christi, TX 78404<br>(361) 854-8637 | Expected to testify with regard to Plaintiff's claimed injuries and treatment for same. |
| 9. | Schumacher Group<br>And/or Custodian of Records<br>PO Box 96408<br>Oklahoma City, OK 73143<br>(405) 682-3370 | Expected to testify with regard to Plaintiff's claimed injuries and treatment for same. |

Allstate anticipates that it will seek to elicit expert testimony, either on direct or cross-examination, from any or all of the following witnesses, designated as experts by Plaintiff. These witnesses are not subject to Allstate's control, and any documents reflecting the opinions of these witnesses were originally produced to Allstate by Plaintiff. Plaintiff may have designated other fact witnesses as possible "expert witnesses," and Allstate does not presently anticipate seeking to elicit expert testimony from such witnesses, although Allstate does not waive its right to a full and comprehensive direct or cross-examination of these witnesses including examination of any expert testimony they may offer and for which an appropriate predicate is laid.

Allstate anticipates that it may seek to elicit expert testimony, either on direct or cross-examination, from any or all of Plaintiff's treating physicians, including but not limited to those known to Allstate at this time as are listed herein. These witnesses are not subject to Allstate's control, they were identified by Plaintiff, and any documents reflecting the opinions of these witnesses are contained in the relevant medical records.

Allstate reserves the right to supplement or amend their expert designation as determined by further discovery.

Allstate further reserves the right to call all custodians of records of any and all physicians, psychologists, healthcare facilities, hospitals, clinics, and healthcare providers relevant to the present litigation.

Allstate specifically reserves the right to amend, supplement, add, or delete individuals or entities from this list of possible testifying experts in response to any designation or identification of any witnesses by Plaintiffs or to bring experts to testify without designation in rebuttal of any testimony that cannot presently by foreseen. Allstate will supplement this designation, as discovery is ongoing and as new information is available.

Allstate further reserves the right to elicit at the time of trial any expert opinion or lay opinion testimony which would be beneficial to the jury in determining material issues of fact and which would not violate existing court orders or the Federal Rules of Civil Procedure.

>Respectfully submitted,
>
>ADAMI, GOLDMAN & SHUFFIELD, INC.
>The Nowlin Building
>9311 San Pedro, Suite 900
>San Antonio, Texas 78216
>Telephone: (210) 344-0500
>Telecopier: (210) 344-7228
>
>By: _____
>LARRY J. GOLDMAN
>State Bar No. 08093450
>MARTIN J. PHIPPS
>State Bar No. 00791444
>
>ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Texas Rules of Civil Procedure on this 23rd day of March, 2004:

Mr. Barry R. Benton
Attorney at Law
284 Ebony Avenue
Brownsville, Texas 78520

_____
LARRY J. GOLDMAN
MARTIN J. PHIPPS

4