h:/ljg/231001294.cert.writ-disc
042604/MJP/rll

United States District Court
Southern District of Texas
FILED

MAY 0 3 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GEORGE S. HOLLINGSWORTH | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-141 |
| ALLSTATE INSURANCE COMPANY | § § | |

### CERTIFICATE OF WRITTEN DISCOVERY

COMES NOW ALLSTATE INSURANCE COMPANY, Defendant in the above-entitled and numbered cause, and pursuant to Federal Rule of Civil Procedure 36 files this Certificate of Written Discovery and certifies that on April 28th, 2004, Defendant forwarded to counsel for PLAINTIFFS:

- Defendant's Responses to Plaintiff's Request for Disclosure; and
- Defendant's Requests for Admissions to Plaintiff.

Respectfully submitted,

ADAMI GOLDMAN & SHUFFIELD, INC.
The Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228

By:_____
MARTIN J. PHIPPS
Federal Bar No. 20104
State Bar No. 00791444
LARRY J. GOLDMAN
Federal Bar No. 341
State Bar No. 08083450
ATTORNEYS FOR DEFENDANT,
ALLSTATE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this 28th day of April 2004:

Mr. Barry R. Benton
Attorney at Law
284 Ebony Avenue
Brownsville, Texas 78520

_____
LARRY J. GOLDMAN
MARTIN J. PHIPPS8