# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| GEORGE S. HOLLINGSWORTH | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-141 |
| ALLSTATE INSURANCE COMPANY | § | |

TYPE OF CASE:       __X__ CIVIL                              ____ CRIMINAL

**TAKE NOTICE that:**

THE STATUS CONFERENCE SCHEDULED FOR MAY 24, 2004 AT 1:30 P.M. IS HEREBY PASSED.

A STATUS CONFERENCE IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

(CONFERENCE WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

PLACE:

**UNITED STATES FEDERAL COURTHOUSE**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JUNE 22, 2004 AT 2:00 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MAY 19, 2004

TO:     MR. BARRY R. BENTON
        MR. LARRY J. GOLDMAN
        MR. MARTIN J. PHIPPS