IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

JUN 1 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| GEORGE S. HOLLINGSWORTH,<br>  Plaintiff, | §<br>§<br>§ |
| VS. | §<br>§   CIVIL ACTION NO. B-03-141 |
| ALLSTATE INSURANCE COMPANY,<br>  Defendant. | §<br>§<br>§ |

### ORDER OF DISMISSAL

As stipulated by the parties, the above styled case has been settled and the parties request that same be dismissed.

**IT IS ORDERED** that the case be **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

DONE at Brownsville, Texas, this 15th day of June, 2004.

_____
John Wm. Black
United States Magistrate Judge